**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **BIRDA TROLLINGER, et al.** | ) |
| | ) |
| | ) |
| | ) |
| | )  **Civil Action No. 07-0341 (RJL)** |
| | ) |
| **Plaintiffs** | ) |
| | ) |
| v. | ) |
| | ) |
| **TYSON FOOD, INC.** | ) |
| | ) |
| **Defendant.** | ) |
| | ) |

**NOTICE OF APPEARANCE**

THE CLERK OF THE COURT will please enter the appearance of Andrea McBarnette,

Assistant United States Attorney, as counsel of record for defendant, U.S. Citizen and

Immigration Services, in the above-captioned case.


Respectfully submitted,


/s/

ANDREA McBARNETTE
Assistant United States Attorney
555 4th Street, NW
Washington, DC 20530
(202) 514-7153
(202) 514-8780 (facsimile)