UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| BIRDA TROLLINGER, et al. | ) | |
| | ) | |
| Petitioners | ) | |
| | ) | Civil Action No. 07-mc-0341 (RJL) |
| v. | ) | |
| | ) | |
| TYSON FOOD, INC., et al. | ) | |
| | ) | |
| Respondents. | ) | |
| | ) | |

**MOTION TO STRIKE FILING**

On October 25, 2007, Plaintiffs filed an Amended Motion to Compel the U.S.

Citizenship and Immigration Services ("USCIS") of the Department of Homeland

Security ("DHS") to comply with a second subpoena in aid of a civil action in the United

States District Court for the Eastern District of Tennessee.  Dckt. #6.  In direct violation of

Local Rules 5(f)(1) and (3) of the United States District Court for the District of

Columbia, Plaintiffs failed to redact the personal identifiers (social security numbers and

birth dates) of over 60 individuals.  Plt. Amended Motion to Compel, Ex. A.  Therefore, to

protect the privacy of these individuals, the Court should immediately strike the Amended

Motion to Compel and remove it from the case docket.  The undersigned notified

Plaintiffs' counsel of the violation and informed Plaintiffs' counsel that the Defendants

would likewise notify the Court.  Plaintiffs counsel indicated that he would review

Plaintiffs' filing.  Pursuant to L.CvR 5(f), the Plaintiffs may refile their motion with the

appropriate redactions or refile the unredacted document under seal.

**CONCLUSION**

For the foregoing reasons, the USCIS respectfully requests that the Court strike

the Amended Motion to Compel and remove it from the case docket.


Date: October 29, 2007                    Respectfully submitted,



_____/s/_____
JEFFREY A. TAYLOR, D.C. BAR # 498610
United States Attorney


_____/s/_____
RUDOLPH CONTRERAS, D.C. BAR # 434122
Assistant United States Attorney.



_____/s/_____
ANDREA McBARNETTE, D.C. Bar  # 483789
Assistant United States Attorney
Judiciary Center Building
555 Fourth Street, N.W.
Washington, D.C. 20530
(202) 514-7153

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

BIRDA TROLLINGER, et al.           )
                                   )
              Petitioners          )
                                   )        Civil Action No. 07-mc-0341 (RJL)
        v.                         )
                                   )
TYSON FOOD, INC., et al.           )
                                   )
              Respondents.         )
_____    )

**ORDER**

UPON CONSIDERATION of Defendant's motion to strike, any opposition thereto, any

reply, and the record herein, it is hereby **ORDERED** that the motion is **GRANTED**, and it is

**FURTHER ORDERED** that the Clerk of the Court strike the case docket entry #6 from this

Court.

        **SO ORDERED**, on this _____ day of _____, 2007.


                                   _____
                                   United States District Court Judge