# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **BIRDA TROLLINGER, et al.** ) | |
| ) | |
| **Petitioners** ) | |
| ) | Civil Action No. 07-mc-0341 (RJL) |
| v. ) | |
| ) | |
| **TYSON FOOD, INC., et al.** ) | |
| ) | |
| **Respondents.** ) | |
| ) | |

CONSENT MOTION FOR EXTENSION OF TIME

  Respondent U.S. Citizenship and Immigration Services of the Department of Homeland Security ("USCIS"), by and through undersigned counsel, respectfully moves this Court pursuant to the Federal Rule of Civil Procedure 6(b)(1) to enlarge the time to respond to the complaint. A response is presently due on November 20, 2007 and the Respondent USCIS seeks a two week extension up to and including December 4, 2007. The Plaintiff graciously has consented to the relief requested. Given the heavy work load of the undersigned, which includes several depositions and filings due in other cases, in particular a deposition that was unexpectedly rescheduled for this afternoon (the present deadline of the opposition) the Defendant requests additional time to file a response to the motion to compel.

  WHEREFORE, based on the foregoing, the Defendant respectfully requests that the time to respond to the complaint is extended to and including December 4, 2007.

Date: November 20, 2007                Respectfully submitted,


_____/s/_____
JEFFREY A. TAYLOR, D.C. BAR # 498610
United States Attorney


_____/s/_____
RUDOLPH CONTRERAS, D.C. BAR # 434122
Assistant United States Attorney.


_____/s/_____
ANDREA McBARNETTE, D.C. Bar  # 483789
Assistant United States Attorney
Judiciary Center Building
555 Fourth Street, N.W.
Washington, D.C. 20530
(202) 514-7153

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **BIRDA TROLLINGER, et al.** ) | |
| ) | |
| **Petitioners** ) | |
| ) | Civil Action No. 07-mc-0341 (RJL) |
| v. ) | |
| ) | |
| **TYSON FOOD, INC., et al.** ) | |
| ) | |
| **Respondents.** ) | |
| ) | |

## ORDER

Upon consideration of the Consent Motion for Enlargement of Time, it is hereby ordered that motion is granted. The Respondent U.S. Citizenship and Immigration Services of the Department of Homeland Security's time to file an opposition to the motion to compel is extended to and including December 4, 2007.

_____
UNITED STATES DISTRICT JUDGE

Dated: _____, 2007