IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| BIRDA TROLLINGER, VIRGINIA BRAVO, KELLY KESSINGER, IDOYNIA McCOY, REGINA LEE, PATRICIA MIMS, LORI WINDHAM, and ALEXANDER HOWLETT, individually and on behalf of all others similarly situated,<br><br>        Plaintiffs,<br><br> v.<br><br>TYSON FOODS, INC. a Corporation, JOHN TYSON, ARCHIBALD SCHAFFER III, RICHARD BOND, KENNETH KIMBRO, GREG LEE, KAREN PERCIVAL, AHRAZUE WILT, TIM McCOY<br><br>        Defendants. | MISCELLANEOUS CASE<br>No. 1:07-mc-00341-RJL |

## PLAINTIFFS' MOTION FOR PRO HAC VICE APPEARANCE OF HOWARD W. FOSTER

Pursuant to Local Rule 83.2(d) Plaintiffs, by counsel, hereby move this Court to allow Howard W. Foster to appear *pro hac vice* before this Court. The declaration of Howard W. Foster in support of this motion is attached as Exhibit A.

Dated:  December 12, 2007    Respectfully submitted,

                /s/Stephen C. Leckar
                Stephen C. Leckar, #281691
                Butera & Andrews
                1301 Pennsylvania Ave., N.W., Suite 500
                Washington, D.C. 20004
                Tele:  202-347-6875
                Fax:  202-347-6876

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| BIRDA TROLLINGER, VIRGINIA BRAVO, KELLY KESSINGER, IDOYNIA McCOY, REGINA LEE, PATRICIA MIMS, LORI WINDHAM, and ALEXANDER HOWLETT, individually and on behalf of all others similarly situated,<br><br>                      Plaintiffs,<br>v.<br><br>TYSON FOODS, INC. a Corporation, JOHN TYSON, ARCHIBALD SCHAFFER III, RICHARD BOND, KENNETH KIMBRO, GREG LEE, KAREN PERCIVAL, AHRAZUE WILT, TIM McCOY<br><br>                      Defendants. | MISCELLANEOUS CASE<br>No. 1:07-mc-00341-RJL |

## DECLARATION OF HOWARD W. FOSTER

I, Howard W. Foster, declare as follow:

1.    I am a partner at the law firm of Johnson & Bell, Ltd., 33 West Monroe Street, Chicago, Illinois, 60603. Telephone (312) 372-0770. I am class counsel in this case. The class action has been certified and is pending in the U.S. District Court for the Eastern District of Tennessee, Winchester Division, Case No. 4:02-cv-23.

2.    I am admitted to the Bar in Illinois and the District of Columbia. My status with the D.C. bar is inactive.

3.    I have not been disciplined by any bar, nor are there any disciplinary proceedings currently against me.

4.    I have not been admitted *pro hac vice* before this Court in the last two years.

I declare under the penalty of perjury that foregoing is true and accurate.

Executed on December 12, 2007 in Chicago, Illinois.

                                                          _____
                                                          Howard W. Foster
                                                          Johnson & Bell, Ltd.
                                                          33 West Monroe Street, Suite 2700
                                                          Chicago, IL  60603
                                                          (312) 372-0770 (telephone)
                                                          (312) 372-9818 (facsimile)
                                                          Email:  fosterh@jbltd.com

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| BIRDA TROLLINGER, VIRGINIA BRAVO, KELLY KESSINGER, IDOYNIA McCOY, REGINA LEE, PATRICIA MIMS, LORI WINDHAM, and ALEXANDER HOWLETT, individually and on behalf of all others similarly situated,<br><br>       Plaintiffs,<br><br> v.<br><br>TYSON FOODS, INC. a Corporation, JOHN TYSON, ARCHIBALD SCHAFFER III, RICHARD BOND, KENNETH KIMBRO, GREG LEE, KAREN PERCIVAL, AHRAZUE WILT, TIM McCOY<br><br>       Defendants. | MISCELLANEOUS CASE<br>No. 1:07-mc-00341-RJL |

## APPEARANCE

The undersigned hereby enters his appearance as counsel for Plaintiffs.

Dated: December 12, 2007      Respectfully submitted,

                /s/Stephen C. Leckar
                Stephen C. Leckar, #281691
                Butera & Andrews
                1301 Pennsylvania Ave., N.W., Suite 500
                Washington, D.C. 20004
                Tele: 202-347-6875
                Fax: 202-347-6876