IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| BIRDA TROLLINGER, VIRGINIA BRAVO, KELLY KESSINGER, IDOYNIA MCCOY, REGINA LEE, PATRICIA MIMS, LORI WINDHAM and ALEXANDER HOWLETT, individually and on behalf of all others similarly situated,<br><br>　　　　　　　　　　　Plaintiffs,<br><br>　v.<br><br>TYSON FOODS, INC., JOHN TYSON, ARCHIBALD SCHAFFER III, RICHARD BOND, KENNETH KIMBRO, GREG LEE, KAREN PERCIVAL, AHRAZUE WILT and TIM MCCOY,<br><br>　　　　　　　　　　　Defendants. | MISCELLANEOUS CASE<br>No. 1:07-mc-00341 (RJL) |

### NOTICE OF APPEARANCE

THE CLERK OF THE COURT will please enter the appearance of Mark D. Hopson, Sidley Austin LLP, as counsel of record for Ana Hart and Tyson Foods, Inc, in the above-captioned case.

Dated:  January 3, 2008                    Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　　/s/ Mark D. Hopson
　　　　　　　　　　　　　　　　　　　　　Mark D. Hopson (D.C. Bar #394338)
　　　　　　　　　　　　　　　　　　　　　SIDLEY AUSTIN LLP
　　　　　　　　　　　　　　　　　　　　　1501 K Street, N.W.
　　　　　　　　　　　　　　　　　　　　　Washington, D.C. 20005-1401
　　　　　　　　　　　　　　　　　　　　　(202) 736-8000

　　　　　　　　　　　　　　　　　　　　　*Attorneys for Ana Hart and Tyson Foods, Inc.,*

**CERTIFICATE OF SERVICE**

       I hereby certify that on January 3, 2008, a copy of the foregoing Notice of Appearance was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt.

                                            /s/ Frank R. Volpe
                                            Frank R. Volpe